Form 132 − 13sum

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.:  23−17709−CMG
Chapter:  13
Judge:  Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Christian M Ruppenthal
   739−Henderson Road
   Lumberton, NJ 08048

Social Security No.:
   xxx−xx−3596

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON CONFIRMATION OF PLAN

Date:            12/6/23
Time:            10:00 AM
Location:        Courtroom 3, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

An objection to confirmation of the plan, including any motions referenced therein to avoid judicial liens under 11 USC section 522(f) and/or to avoid liens and reclassify claims in whole or in part, shall be filed and served seven days before confirmation. Filing a motion for relief from the automatic stay will not be considered an objection to the confirmation.

**If, at the confirmation hearing, it is determined that the debtor's plan is not confirmable, the case may be dismissed or converted.**

A copy of the Plan will follow this notice.

Dated: September 22, 2023
JAN: wdr

Jeanne Naughton
Clerk, U. S. Bankruptcy Court

United States Bankruptcy Court

District of New Jersey

In re:  Case No. 23-17709-CMG

Christian M Ruppenthal  Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3  User: admin  Page 1 of 3
Date Rcvd: Sep 22, 2023  Form ID: 132  Total Noticed: 27

The following symbols are used throughout this certificate:
**Symbol**  **Definition**

\+  Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^  Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

##  Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 24, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Christian M Ruppenthal, 739-Henderson Road, Lumberton, NJ 08048-4613 |
| 520015919 | + | Anthony H. Migliaccio, Esq., 500 N. Franklin Tpk,, Ramsey, NJ 07446-1177 |
| 520031562 | + | Juliann Ruppenthal, 739 Henderson Road, Lumberton, NJ 08048-4613 |
| 520015931 | + | PNC Financial Services, Attn: Bankruptcy, 300 Fifth Ave, Pittsburgh, PA 15222-2401 |
| 520015934 | + | TIAA Bank, Attn: Bankruptcy, 301 West Bay Street, Jacksonville, FL 32202-5147 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Sep 22 2023 20:42:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Sep 22 2023 20:42:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 520015916 | + | Email/Text: backoffice@affirm.com | Sep 22 2023 20:43:00 | Affirm, Inc., Attn: Bankruptcy, 650 California St, Fl 12, San Francisco, CA 94108-2716 |
| 520016531 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Sep 22 2023 20:51:23 | Ally Bank Lease Trust - Assignor to Vehi, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 520015917 | + | Email/Text: ally@ebn.phinsolutions.com | Sep 22 2023 20:41:00 | Ally Financial, Inc, Attn: Bankruptcy, 500 Woodard Ave, Detroit, MI 48226-3416 |
| 520015918 | + | Email/PDF: bncnotices@becket-lee.com | Sep 22 2023 20:51:37 | Amex, Correspondence/Bankruptcy, Po Box 981540, El Paso, TX 79998-1540 |
| 520015920 | | Email/PDF: acg.bmw.ebn@aisinfo.com | Sep 22 2023 20:51:53 | Bmw Financial Services, Attn: Bankruptcy/Correspondence, Po Box 3608, Dublin, OH 43016 |
| 520015921 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Sep 22 2023 20:50:56 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 520015924 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Sep 22 2023 20:42:00 | ComenityCapital, Attn: Bankruptcy Dept, Po Box 182125, Columbus, OH 43218-2125 |
| 520015925 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 22 2023 20:51:21 | Costco Citi Card, Attn: Bankruptcy, Po Box 6500, Sioux Falls, SD 57117-6500 |
| 520015930 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 22 2023 20:39:19 | Macys/fdsb, Attn: Bankruptcy, 9111 Duke Boulevard, Mason, OH 45040 |
| 520020053 | | Email/Text: mrdiscen@discover.com | Sep 22 2023 20:41:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |

| | | | | |
|---|---|---|---|---|
| 520015926 | + | Email/Text: mrdiscen@discover.com | Sep 22 2023 20:41:00 | Discover Financial, Attn: Bankruptcy, Po Box 3025, New Albany, OH 43054-3025 |
| 520015927 | | Email/Text: collectionbankruptcies.bancorp@53.com | Sep 22 2023 20:43:00 | Fifth Third Bank, Attn: Bankruptcy, Maildrop RCS83E 1830 E Paris Ave SE, Grand Rapids, MI 49546 |
| 520015928 | + | Email/Text: cashiering-administrationservices@flagstar.com | Sep 22 2023 20:43:00 | Flagstar Bank, Attn: Bankruptcy, 5151 Corporate Drive, Troy, MI 48098-2639 |
| 520015929 | + | Email/Text: GSBankElectronicBankruptcyNotice@gs.com | Sep 22 2023 20:42:00 | Goldman Sachs Bank USA, Attn: Bankruptcy, Po Box 70379, Philadelphia, PA 19176-0379 |
| 520015922 | | Email/PDF: ais.chase.ebn@aisinfo.com | Sep 22 2023 20:39:49 | Chase Auto Finance, Attn: Bankruptcy, Po Box 901076, Fort Worth, TX 76101 |
| 520015923 | | Email/PDF: ais.chase.ebn@aisinfo.com | Sep 22 2023 20:51:38 | Chase Card Services, Attn: Bankruptcy, P.O. 15298, Wilmington, DE 19850 |
| 520031560 | + | Email/Text: taxcollector@lumbertontwp.com | Sep 22 2023 20:42:00 | Lumberton Township, Tax Collectors office, 35 Municipal Drive, Lumberton, NJ 08048-4516 |
| 520031561 | + | Email/Text: maureen@MHMUA.COM | Sep 22 2023 20:43:42 | Mt. Holly MUA, 1 Park Dr., Mount Holly, NJ 08060-1740 |
| 520015931 | ^ | MEBN | Sep 22 2023 20:29:58 | PNC Financial Services, Attn: Bankruptcy, 300 Fifth Ave, Pittsburgh, PA 15222-2401 |
| 520015933 | | Email/Text: bankruptcy@td.com | Sep 22 2023 20:42:00 | TD Bank, Attn: Bankruptcy, 1701 Route 70 East, Cherry Hill, NJ 08003 |
| 520015935 | + | Email/Text: RPSBankruptcyBNCNotification@usbank.com | Sep 22 2023 20:42:00 | Us Bank Na Retail Le, Attn: Bankruptcy, 800 Nicollet Mall, Minneapolis, MN 55402-2511 |

TOTAL: 23

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 520031563 | *+ | Anthony H. Migliaccio, Esq., 500 N. Franklin Tpk,, Ramsey, NJ 07446-1177 |
| 520015932 | ##+ | Solar Service Experts, 2900 North Loop West, Houston, TX 77092-8809 |

TOTAL: 0 Undeliverable, 1 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Sep 24, 2023        Signature:        /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 22, 2023 at the address(es) listed below:

**Name**        **Email Address**

| District/off: 0312-3 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Sep 22, 2023 | Form ID: 132 | Total Noticed: 27 |

Albert Russo
    docs@russotrustee.com

Brad J. Sadek
    on behalf of Debtor Christian M Ruppenthal bradsadek@gmail.com
    bradsadek@gmail.com;sadek.bradj.r101013@notify.bestcase.com;jeanie@sadeklaw.com;service@sadeklaw.com

Denise E. Carlon
    on behalf of Creditor FLAGSTAR BANK  N.A.. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 4