Certificate Number: 03088-NJ-DE-037796295

Bankruptcy Case Number: 23-17709



03088-NJ-DE-037796295

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>September 26, 2023</u>, at <u>7:58</u> o'clock <u>AM CDT</u>, <u>Christian M Ruppenthal</u> completed a course on personal financial management given <u>by internet</u> by <u>Debt Education and Certification Foundation</u>, a provider approved pursuant to 11 U.S.C.  111 to provide an instructional course concerning personal financial management in the <u>District of New Jersey</u>.

Date:  <u>September 26, 2023</u>        By:     <u>/s/Doug Tonne</u>

Name:  <u>Doug Tonne</u>

Title:  <u>Counselor</u>