| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-1**<br><br>DENISE CARLON, ESQUIRE<br>KML LAW GROUP, P.C.<br>Sentry Office Plz<br>701 Market Street, Suite 5000<br>Philadelphia, PA 19106<br>215-627-1322<br>dcarlon@kmllawgroup.com<br>Attorneys for Secured Creditor<br>FLAGSTAR BANK, N.A. | Order Filed on November 30, 2023<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br><br>Christian M Ruppenthal,<br>Debtor | Case No.: 23-17709 CMG<br><br>Hearing Date: 12/6/2023 @ 10:00 a.m.<br><br>Judge: Christine M. Gravelle |

## ORDER RESOLVING SECURED CREDITOR'S OBJECTION TO DEBTOR'S CHAPTER 13 PLAN

The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED**

**DATED: November 30, 2023**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

Page 2
Debtors: Christian M Ruppenthal
Case No.: 23-17709 CMG
Caption: **ORDER RESOLVING SECURED CREDITOR'S OBJECTION TO DEBTOR'S CHAPTER 13 PLAN**

    This matter having been brought before the Court by KML Law Group, P.C., attorneys for Secured Creditor, FLAGSTAR BANK, N.A., holder of a mortgage on real property located at 739 Henderson Road, Lumberton, NJ, 08048, Denise Carlon appearing, by way of objection to the confirmation of Debtors' Chapter 13 Plan, and this Court having considered the representations of attorneys for Secured Creditor and Brad J. Sadek Esquire, attorney for Debtor, and for good cause having been shown;

    It **ORDERED, ADJUDGED and DECREED** that Debtor shall pay the arrearage claim of Secured Creditor (Claim # 15) in full through the Chapter 13 plan; and

    It is **FURTHER ORDERED, ADJUDGED and DECREED** that Debtor is to make post-petition payments in accordance with the terms of the note, mortgage, and notices of payment change; and

    It is **FURTHER ORDERED, ADJUDGED and DECREED** that Debtor reserve their right to object to Secured Creditor's proof of claim and notice of payment change; and

    It is **FURTHER ORDERED, ADJUDGED and DECREED** that Secured Creditor's objection to confirmation is hereby resolved.