| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Albert Russo, Trustee | Albert Russo, Trustee |
| PO Box 4853 | PO Box 933 |
| Trenton, NJ  08650-4853 | Memphis, TN  38101-0933 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2023 to 01/25/2024
**Chapter 13 Case No. 23-17709 / CMG**

Christian M Ruppenthal

Petition Filed Date: 09/01/2023
341 Hearing Date: 11/02/2023
Confirmation Date: 12/06/2023

Case Status: Open / Confirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 10/10/2023 | $900.00 | | 11/07/2023 | $900.00 | | 12/07/2023 | $900.00 | |
| 01/09/2024 | $1,100.00 | | | | | | | |

**Total Receipts for the Period: $3,800.00    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $3,800.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | Christian M Ruppenthal | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | Brad J. Sadek, Esq.<br>»» ATTY DISCLOSURE | Attorney Fees<br>Hold Funds: Pending Resolution | $3,190.00 | $0.00 | $3,190.00 |
| 1 | DISCOVER BANK | Unsecured Creditors | $23,427.55 | $0.00 | $23,427.55 |
| 2 | JPMORGAN CHASE BANK, NA | Unsecured Creditors | $15,890.76 | $0.00 | $15,890.76 |
| 3 | AFFIRM | Unsecured Creditors | $46.54 | $0.00 | $46.54 |
| 4 | AFFIRM | Unsecured Creditors | $196.55 | $0.00 | $196.55 |
| 5 | AFFIRM | Unsecured Creditors | $149.53 | $0.00 | $149.53 |
| 6 | AFFIRM | Unsecured Creditors | $90.10 | $0.00 | $90.10 |
| 7 | AFFIRM | Unsecured Creditors | $162.02 | $0.00 | $162.02 |
| 8 | AFFIRM | Unsecured Creditors | $152.46 | $0.00 | $152.46 |
| 9 | Mt Holly Municipal Utilities Authority | Secured Creditors | $918.12 | $0.00 | $918.12 |
| 10 | AMERICAN EXPRESS | Unsecured Creditors | $16,278.16 | $0.00 | $16,278.16 |
| 11 | FIFTH THIRD BANK<br>»» 2018 CHRYSLER PACIFICA | Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| 12 | CITIBANK, N.A.<br>»» COSTCO VISA CARD | Unsecured Creditors | $9,797.19 | $0.00 | $9,797.19 |
| 13 | ALLY BANK LEASE TRUST<br>»» 2021 JEEP WRANGLER/LEASE ASSUMED | Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| 14 | Verizon by American InfoSource as Agent | Unsecured Creditors | $83.16 | $0.00 | $83.16 |
| 15 | Flagstar Bank<br>»» P/739 HENDERSON RD/1ST MTG/ORDER 11/30/23 | Mortgage Arrears | $4,096.92 | $0.00 | $4,096.92 |
| 16 | Lumberton Township | Priority Creditors<br>Hold Funds: Per Plan | $254.34 | $0.00 | $254.34 |

Chapter 13 Case No. 23-17709 / CMG

**SUMMARY**

Summary of all receipts and disbursements from date filed through 1/25/2024:

| | | | |
|---|---|---|---|
| Total Receipts: | $3,800.00 | Plan Balance: | $60,700.00 ** |
| Paid to Claims: | $0.00 | Current Monthly Payment: | $1,100.00 |
| Paid to Trustee: | $315.40 | Arrearages: | ($900.00) |
| Funds on Hand: | $3,484.60 | Total Plan Base: | $64,500.00 |

**PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE USING TFS BILL PAY!**
Visit **www.TFSBillPay.com** for more information.

View your case information online for *FREE*! Register today at **www.ndc.org** or scan this code to get started.



**This is an approximate balance. Additional allowed claims and other variables may affect the amount to complete the plan.