Office Mailing Address:                                                              Send Payments **ONLY** to:
Albert Russo, Trustee                                                                     Albert Russo, Trustee
PO Box 4853                                                                                    PO Box 933
Trenton, NJ  08650-4853                                                          Memphis, TN  38101-0933

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2024 to 12/31/2024
**Chapter 13 Case No. 23-17709 / MEH**

Christian M Ruppenthal                                          Petition Filed Date: 09/01/2023
                                                                              341 Hearing Date: 11/02/2023
                                                                              Confirmation Date: 12/06/2023

Case Status: Open / Confirmed
### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/09/2024 | $1,100.00 | | 02/08/2024 | $1,100.00 | | 03/11/2024 | $1,100.00 | |
| 04/08/2024 | $1,100.00 | | 05/08/2024 | $1,100.00 | | 06/10/2024 | $1,100.00 | |
| 07/09/2024 | $1,100.00 | | 08/12/2024 | $1,100.00 | | 09/10/2024 | $1,100.00 | |
| 10/08/2024 | $1,100.00 | | 11/08/2024 | $1,100.00 | | 12/09/2024 | $1,100.00 | |

**Total Receipts for the Period:  $13,200.00   Amount Refunded to Debtor Since Filing:  $0.00   Total Receipts Since Filing:  $17,000.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | Christian M Ruppenthal | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | Brad J. Sadek, Esq.<br>»» AMD DISCLOSURE | Attorney Fees | $3,190.00 | $3,190.00 | $0.00 |
| 1 | DISCOVER BANK | Unsecured Creditors | $23,427.55 | $1,894.23 | $21,533.32 |
| 2 | JPMORGAN CHASE BANK, NA | Unsecured Creditors | $15,890.76 | $1,284.84 | $14,605.92 |
| 3 | AFFIRM | Unsecured Creditors | $46.54 | $0.00 | $46.54 |
| 4 | AFFIRM | Unsecured Creditors | $196.55 | $15.90 | $180.65 |
| 5 | AFFIRM | Unsecured Creditors | $149.53 | $0.00 | $149.53 |
| 6 | AFFIRM | Unsecured Creditors | $90.10 | $0.00 | $90.10 |
| 7 | AFFIRM | Unsecured Creditors | $162.02 | $0.00 | $162.02 |
| 8 | AFFIRM | Unsecured Creditors | $152.46 | $0.00 | $152.46 |
| 9 | Mt Holly Municipal Utilities Authority<br>»» SEWER SERVICE | Secured Creditors | $918.12 | $918.12 | $0.00 |
| 10 | AMERICAN EXPRESS | Unsecured Creditors | $16,278.16 | $1,316.17 | $14,961.99 |
| 11 | FIFTH THIRD BANK<br>»» 2018 CHRYSLER PACIFICA | Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| 12 | CITIBANK, N.A.<br>»» COSTCO VISA CARD | Unsecured Creditors | $9,797.19 | $792.15 | $9,005.04 |
| 13 | ALLY BANK LEASE TRUST<br>»» 2021 JEEP WRANGLER/LEASE ASSUMED | Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| 14 | Verizon by American InfoSource as Agent | Unsecured Creditors | $83.16 | $0.00 | $83.16 |
| 15 | Flagstar Bank<br>»» P/739 HENDERSON RD/1ST MTG/ORDER 11/30/23 | Mortgage Arrears | $4,096.92 | $4,096.92 | $0.00 |

**Chapter 13 Case No. 23-17709 / MEH**

| 16 | Lumberton Township | Priority Creditors | $254.34 | $0.00 | $254.34 |
|----|--------------------|--------------------|---------|-------|---------|
|    |                    | Hold Funds: Per Plan |       |       |         |

## SUMMARY

Summary of all receipts and disbursements from date filed through 1/23/2025:

| | | | |
|---|---|---|---|
| Total Receipts: | $17,000.00 | Plan Balance: | $47,500.00 ** |
| Paid to Claims: | $13,508.33 | Current Monthly Payment: | $1,100.00 |
| Paid to Trustee: | $1,169.00 | Arrearages: | ($900.00) |
| Funds on Hand: | $2,322.67 | Total Plan Base: | $64,500.00 |

**PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE USING TFS BILL PAY!**
**Visit www.TFSBillPay.com for more  information.**

**View your case information online for** *FREE***!  Register today at www.ndc.org or**
**scan this code to get started.**



 **\*\*This is an approximate balance.  Additional allowed claims and other variables may affect the amount to complete the plan.**