UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
TRENTON DIVISION

IN RE:                                                                                                           CASE NO.: 23-17709-MEH
Christian M Ruppenthal,                                                           CHAPTER 13
Debtor.

_____/

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| | |
|---|---|
| Select Portfolio Servicing, Inc. | FLAGSTAR BANK, N.A. |
| Name of Transferee | Name of Transferor |
| | |
| Name and Address where notices to Transferee should be sent: | Court Claim # (if known): 15-1 |
| Select Portfolio Servicing, Inc. | Amount of Claim: $404,774.98 |
| P.O. Box 65250 | Date Claim Filed: 11/2/2023 |
| Salt Lake City, UT 84165-0250 | |
| | |
| Phone: 1-800-258-8602 | Phone: 800-393-4887 |
| Last Four Digits of Acct #: 4278 | Last Four Digits of Acct #: 8757 |

Name and Address where Transferee payments
should be sent (if different from above):
Select Portfolio Servicing, Inc.
ATTN: Remittance Processing
P.O. Box 65450
Salt Lake City, UT 84165-0450

Phone: 1-800-258-8602
Last Four Digits of Acct #: 4278

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ Cory F Woerner                                    Date: 01/20/2025

Transferee/Transferee's Agent

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.*

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

Robertson, Anschutz, Schneid, Crane & Partners, PLLC
130 Clinton Road, Suite 202
Fairfield, New Jersey 07004
Telephone Number: 973-575-0707
Attorneys for Secured Creditor

In Re:

Christian M Ruppenthal,
Debtor.

Case No.: 23-17709

Chapter: 13

Adv. No.: N/A

Hearing Date: N/A

Judge: MEH

# CERTIFICATION OF SERVICE

1. I, Charles Doran :

   ☐ represent _____ in this matter.

   ☒ am the secretary/paralegal for Robertson, Anschutz, Schneid, Crane & Partners, PLLC, who represents Select Portfolio Servicing, Inc. in this matter.

   ☐ am the _____ in this case and am representing myself.

2. On January 29, 2025, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.
   Transfer of Claim

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date: 01/29/2025

/s/ Charles Doran
Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Brad J. Sadek<br>Sadek Law Offices, LLC<br>1500 JFK Boulevard<br>Ste 220<br>Philadelphia, PA 19102 | Debtor's Counsel | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other ECF<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Albert Russo<br>Standing Chapter 13 Trustee<br>CN 4853<br>Trenton, NJ 08650-4853 | Trustee | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other ECF<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| U.S. Trustee<br>US Dept of Justice<br>Office of the US Trustee<br>One Newark Center Ste 2100<br>Newark, NJ 07102 | U.S. Trustee | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other ECF<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |