UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
TRENTON DIVISION

IN RE:                                                          CASE NO.: 23-17709
                                                                           CHAPTER 13

**Christian M Ruppenthal,**
   **Debtor.**

_____/

## REQUEST FOR SERVICE

**PLEASE TAKE NOTICE THAT** the undersigned hereby appears on behalf of Select Portfolio Servicing, Inc., ("Secured Creditor"). Pursuant to Rule 2002 of the Federal Rules of Bankruptcy Procedure, the undersigned requests all notices given or required to be given and all papers required to be served in this case to creditors, any creditors committees, and any other parties-in-interest, be sent to and served upon the undersigned and the following be added to the Court's Master Mailing List:

**ROBERTSON, ANSCHUTZ, SCHNEID, CRANE & PARTNERS, PLLC**
**13010 MORRIS ROAD, SUITE 450**
**ALPHARETTA, GA 30004**

                                             Robertson, Anschutz, Schneid, Crane & Partners, PLLC
                                             Attorney for Secured Creditor
                                             130 Clinton Rd #202
                                             Fairfield, NJ 07004
                                             Telephone: 470-321-7112
                                             Facsimile: 404-393-1425

                                             By: /s/Cory Woerner
                                                   Cory Woerner
                                                   Email: cwoerner@raslg.com

## CERTIFICATE OF SERVICE

      **I HEREBY CERTIFY** that on February 6, 2025, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and a true and correct copy has been served via United States Mail to the following:

CHRISTIAN M RUPPENTHAL
739-HENDERSON ROAD
LUMBERTON, NJ 08048

And via electronic mail to:

SADEK LAW OFFICES, LLC
1500 JFK BOULEVARD
STE 220
PHILADELPHIA, PA 19102

ALBERT RUSSO
STANDING CHAPTER 13 TRUSTEE
CN 4853
TRENTON, NJ 08650

U.S. TRUSTEE
US DEPT OF JUSTICE
OFFICE OF THE US TRUSTEE
ONE NEWARK CENTER STE 2100
NEWARK, NJ 07102

                                                    By: /s/ Journie Morosky