Form 185 − ntc13plnafter

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 23−17709−MEH
Chapter: 13
Judge: Mark Edward Hall

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Christian M Ruppenthal
   739−Henderson Road
   Lumberton, NJ 08048

Social Security No.:
   xxx−xx−3596

Employer's Tax I.D. No.:

## NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION
## AND NOTICE OF HEARING THEREON

   Notice is hereby given that a Plan was confirmed in this matter on December 12, 2023.

   On October 27, 2025 the debtor filed a modification to the Plan.

   Accordingly, a hearing will be held before the Honorable Mark Edward Hall on:

Date:            December 3, 2025
Time:            10:00 AM
Location:        Courtroom 2, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

   Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing is fixed as the last day for filing
   a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder
   of a secure claim, such holders acceptance or rejection of the Plan before modification will
   be deemed acceptance or rejection of the Plan as modified, unless the holder changes such
   holders acceptance or rejection of the Plan within the time fixed.

3. **If, at the confirmation hearing, the Court determines that the plan is not confirmable,
   the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.


Dated: October 27, 2025
JAN: wdr

                                                            Jeanne Naughton
                                                            Clerk

United States Bankruptcy Court

District of New Jersey

In re:  Case No. 23-17709-MEH

Christian M Ruppenthal  Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3      User: admin      Page 1 of 3

Date Rcvd: Oct 27, 2025      Form ID: 185      Total Noticed: 39

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

\##      Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 29, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Christian M Ruppenthal, 739-Henderson Road, Lumberton, NJ 08048-4613 |
| 520015919 | + | Anthony H. Migliaccio, Esq., 500 N. Franklin Tpk,, Ramsey, NJ 07446-1177 |
| 520031562 | + | Juliann Ruppenthal, 739 Henderson Road, Lumberton, NJ 08048-4613 |
| 520015934 | + | TIAA Bank, Attn: Bankruptcy, 301 West Bay Street, Jacksonville, FL 32202-5147 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Oct 27 2025 22:02:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Oct 27 2025 22:02:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 520015916 | + | Email/PDF: AffirmBKNotifications@resurgent.com | Oct 27 2025 21:50:06 | Affirm, Inc., Attn: Bankruptcy, 650 California St, Fl 12, San Francisco, CA 94108-2716 |
| 520043526 | | Email/PDF: resurgentbknotifications@resurgent.com | Oct 27 2025 21:52:05 | Affirm, Inc., Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 520016531 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Oct 27 2025 21:52:03 | Ally Bank Lease Trust - Assignor to Vehi, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 520063798 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Oct 27 2025 21:52:04 | Ally Bank Lease Trust c/o AIS Portfolio Services,, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 520015917 | + | Email/Text: ally@ebn.phinsolutions.com | Oct 27 2025 22:01:00 | Ally Financial, Inc, Attn: Bankruptcy, 500 Woodard Ave, Detroit, MI 48226-3416 |
| 520051399 | | Email/PDF: bncnotices@becket-lee.com | Oct 27 2025 21:52:05 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 520015918 | + | Email/PDF: bncnotices@becket-lee.com | Oct 27 2025 21:51:22 | Amex, Correspondence/Bankruptcy, Po Box 981540, El Paso, TX 79998-1540 |
| 520015920 | | Email/PDF: acg.bmw.ebn@aisinfo.com | Oct 27 2025 21:50:06 | Bmw Financial Services, Attn: Bankruptcy/Correspondence, Po Box 3608, Dublin, OH 43016 |
| 520015921 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Oct 27 2025 21:51:22 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 520015922 | + | Email/PDF: ais.chase.ebn@aisinfo.com | Oct 27 2025 22:09:01 | Chase Auto Finance, Attn: Bankruptcy, Po Box 901076, Fort Worth, TX 76101-2076 |
| 520015923 | + | Email/PDF: ais.chase.ebn@aisinfo.com | Oct 27 2025 21:50:04 | Chase Card Services, Attn: Bankruptcy, P.O. |

Case 23-17709-MEH    Doc 44    Filed 10/29/25    Entered 10/30/25 00:13:43    Desc Imaged
Certificate of Notice    Page 3 of 4

| District/off: 0312-3 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Oct 27, 2025 | Form ID: 185 | Total Noticed: 39 |

| | | | | |
|---|---|---|---|---|
| | | | | 15298, Wilmington, DE 19850-5298 |
| 520058571 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Oct 27 2025 21:51:24 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 520015924 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Oct 27 2025 22:02:00 | ComenityCapital, Attn: Bankruptcy Dept, Po Box 182125, Columbus, OH 43218-2125 |
| 520015925 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Oct 27 2025 21:50:16 | Costco Citi Card, Attn: Bankruptcy, Po Box 6500, Sioux Falls, SD 57117-6500 |
| 520015930 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Oct 27 2025 21:51:38 | Macys/fdsb, Attn: Bankruptcy, 9111 Duke Boulevard, Mason, OH 45040 |
| 520020053 | | Email/Text: mrdiscen@discover.com | Oct 27 2025 22:01:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 520015926 | + | Email/Text: mrdiscen@discover.com | Oct 27 2025 22:01:00 | Discover Financial, Attn: Bankruptcy, Po Box 3025, New Albany, OH 43054-3025 |
| 520015927 | | Email/Text: collectionbankruptcies.bancorp@53.com | Oct 27 2025 22:02:00 | Fifth Third Bank, Attn: Bankruptcy, Maildrop RCS83E 1830 E Paris Ave SE, Grand Rapids, MI 49546 |
| 520057368 | + | Email/Text: FifthThirdBKNotices@nationalbankruptcy.com | Oct 27 2025 22:01:00 | Fifth Third Bank, N.A., PO Box 9013, Addison, Texas 75001-9013 |
| 520015928 | + | Email/Text: nsm_bk_notices@mrcooper.com | Oct 27 2025 22:01:00 | Flagstar Bank, Attn: Bankruptcy, 5151 Corporate Drive, Troy, MI 48098-2639 |
| 520071998 | + | Email/Text: nsm_bk_notices@mrcooper.com | Oct 27 2025 22:01:00 | Flagstar Bank, N.A., 5151 Corporate Drive, Troy, MI 48098-2639 |
| 520015929 | + | Email/Text: GSBankElectronicBankruptcyNotice@gs.com | Oct 27 2025 22:01:00 | Goldman Sachs Bank USA, Attn: Bankruptcy, Po Box 70379, Philadelphia, PA 19176-0379 |
| 520036462 | + | Email/Text: JPMCBKnotices@nationalbankruptcy.com | Oct 27 2025 22:01:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 520031560 | + | Email/Text: taxcollector@lumbertontwp.com | Oct 27 2025 22:02:00 | Lumberton Township, Tax Collectors office, 35 Municipal Drive, Lumberton, NJ 08048-4516 |
| 520048706 | + | Email/Text: maureen@MHMUA.COM | Oct 27 2025 22:02:00 | Mount Holly Municipal Utilities Authority, 1 Park Drive PO Box 486, Mount Holly NJ 08060-0486 |
| 520031561 | + | Email/Text: maureen@MHMUA.COM | Oct 27 2025 22:02:00 | Mt. Holly MUA, 1 Park Dr., Mount Holly, NJ 08060-1740 |
| 520015931 | | Email/Text: Bankruptcy.Notices@pnc.com | Oct 27 2025 22:01:00 | PNC Financial Services, Attn: Bankruptcy, 300 Fifth Ave, Pittsburgh, PA 15222 |
| 520534052 | | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Oct 27 2025 22:02:00 | SELECT PORTFOLIO SERVICING, INC., SELECT PORTFOLIO SERVICING, INC., P.O. BOX 65250, SALT LAKE CITY, UT 84165-0250 |
| 520534053 | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Oct 27 2025 22:02:00 | SELECT PORTFOLIO SERVICING, INC., SELECT PORTFOLIO SERVICING, INC., P.O. BOX 65250, SALT LAKE CITY, UT 84165-0250, SELECT PORTFOLIO SERVICING, INC., SELECT PORTFOLIO SERVICING, INC. 84165-0250 |
| 520544037 | + | Email/Text: RASEBN@raslg.com | Oct 27 2025 22:01:00 | Select Portfolio Servicing, Inc., Robertson, Anschutz, Schneid, Crane, 13010 Morris Road., Suite 450, Alpharetta, GA 30004-2001 |
| 520015933 | | Email/Text: bankruptcy@td.com | Oct 27 2025 22:02:00 | TD Bank, Attn: Bankruptcy, 1701 Route 70 East, Cherry Hill, NJ 08003 |
| 520015935 | + | Email/Text: RPSBankruptcyBNCNotification@usbank.com | Oct 27 2025 22:02:00 | Us Bank Na Retail Le, Attn: Bankruptcy, 800 Nicollet Mall, Minneapolis, MN 55402-2511 |
| 520065102 | + | Email/PDF: ebn_ais@aisinfo.com | Oct 27 2025 21:50:13 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |

| District/off: 0312-3 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Oct 27, 2025 | Form ID: 185 | Total Noticed: 39 |
| TOTAL: 35 | | |

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | Select Portfolio Servicing, Inc., Robertson, Anschutz, Schneid, Crane, 13010 Morris Road, Suite 450, Alpharetta, GA 30004-2001 |
| 520031563 | *+ | Anthony H. Migliaccio, Esq., 500 N. Franklin Tpk,, Ramsey, NJ 07446-1177 |
| 520015932 | ##+ | Solar Service Experts, 2900 North Loop West, Houston, TX 77092-8809 |

TOTAL: 0 Undeliverable, 2 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 29, 2025        Signature:        /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 27, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Brad J. Sadek | on behalf of Debtor Christian M Ruppenthal bradsadek@gmail.com bradsadek@gmail.com;sadek.bradj.r101013@notify.bestcase.com;jeanie@sadeklaw.com;service@sadeklaw.com |
| Cory Francis Woerner | on behalf of Creditor Select Portfolio Servicing  Inc. cwoerner@raslg.com |
| Cory Francis Woerner | on behalf of Creditor SELECT PORTFOLIO SERVICING  INC. cwoerner@raslg.com |
| Denise E. Carlon | on behalf of Creditor FLAGSTAR BANK  N.A.. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 6