Form plncf13 − ntccnfpln13v27

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 23−17709−MEH
Chapter: 13
Judge: Mark Edward Hall

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Christian M Ruppenthal
   739−Henderson Road
   Lumberton, NJ 08048

Social Security No.:
   xxx−xx−3596

Employer's Tax I.D. No.:

## NOTICE OF ORDER CONFIRMING CHAPTER 13 PLAN

   NOTICE IS HEREBY GIVEN that an Order Confirming the Chapter 13 plan was entered on December 4, 2025.

Dated: December 5, 2025
JAN: mjb

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

In re:                                                                                               Case No. 23-17709-MEH

Christian M Ruppenthal                                                        Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3                                        User: admin                                                Page 1 of 3

Date Rcvd: Dec 05, 2025                               Form ID: plncf13                                    Total Noticed: 40

The following symbols are used throughout this certificate:
**Symbol     Definition**

\+                 Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 07, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Christian M Ruppenthal, 739-Henderson Road, Lumberton, NJ 08048-4613 |
| 520015919 | + | Anthony H. Migliaccio, Esq., 500 N. Franklin Tpk,, Ramsey, NJ 07446-1177 |
| 520031562 | + | Juliann Ruppenthal, 739 Henderson Road, Lumberton, NJ 08048-4613 |
| 520015932 | + | Solar Service Experts, 2900 North Loop West, Houston, TX 77092-8809 |
| 520015934 | + | TIAA Bank, Attn: Bankruptcy, 301 West Bay Street, Jacksonville, FL 32202-5147 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Dec 05 2025 20:44:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Dec 05 2025 20:44:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 520015916 | + | Email/PDF: AffirmBKNotifications@resurgent.com | Dec 05 2025 21:01:27 | Affirm, Inc., Attn: Bankruptcy, 650 California St, Fl 12, San Francisco, CA 94108-2716 |
| 520043526 | | Email/PDF: resurgentbknotifications@resurgent.com | Dec 05 2025 21:00:57 | Affirm, Inc., Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 520016531 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Dec 05 2025 21:12:08 | Ally Bank Lease Trust - Assignor to Vehi, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 520063798 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Dec 05 2025 21:01:36 | Ally Bank Lease Trust c/o AIS Portfolio Services,, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 520015917 | + | Email/Text: ally@ebn.phinsolutions.com | Dec 05 2025 20:42:00 | Ally Financial, Inc, Attn: Bankruptcy, 500 Woodard Ave, Detroit, MI 48226-3416 |
| 520051399 | | Email/PDF: bncnotices@becket-lee.com | Dec 05 2025 20:44:59 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 520015918 | + | Email/PDF: bncnotices@becket-lee.com | Dec 05 2025 21:00:55 | Amex, Correspondence/Bankruptcy, Po Box 981540, El Paso, TX 79998-1540 |
| 520015920 | | Email/PDF: acg.bmw.ebn@aisinfo.com | Dec 05 2025 21:01:38 | Bmw Financial Services, Attn: Bankruptcy/Correspondence, Po Box 3608, Dublin, OH 43016 |
| 520015921 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Dec 05 2025 21:01:40 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 520015922 | + | Email/PDF: ais.chase.ebn@aisinfo.com | Dec 05 2025 21:01:17 | Chase Auto Finance, Attn: Bankruptcy, Po Box 901076, Fort Worth, TX 76101-2076 |
| 520015923 | + | Email/PDF: ais.chase.ebn@aisinfo.com | Dec 05 2025 21:00:52 | Chase Card Services, Attn: Bankruptcy, P.O. 15298, Wilmington, DE 19850-5298 |
| 520058571 | | Email/PDF: Citi.BNC.Correspondence@citi.com | | |

Case 23-17709-MEH    Doc 49    Filed 12/07/25    Entered 12/08/25 00:18:25    Desc Imaged
Certificate of Notice    Page 3 of 4

| District/off: 0312-3 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Dec 05, 2025 | Form ID: plncf13 | Total Noticed: 40 |

| | | | |
|---|---|---|---|
| | | Dec 05 2025 21:12:08 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 520015924 | + Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Dec 05 2025 20:43:00 | ComenityCapital, Attn: Bankruptcy Dept, Po Box 182125, Columbus, OH 43218-2125 |
| 520015925 | + Email/PDF: Citi.BNC.Correspondence@citi.com | Dec 05 2025 21:01:44 | Costco Citi Card, Attn: Bankruptcy, Po Box 6500, Sioux Falls, SD 57117-6500 |
| 520015930 | Email/PDF: Citi.BNC.Correspondence@citi.com | Dec 05 2025 21:01:23 | Macys/fdsb, Attn: Bankruptcy, 9111 Duke Boulevard, Mason, OH 45040 |
| 520020053 | Email/Text: mrdiscen@discover.com | Dec 05 2025 20:42:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 520015926 | + Email/Text: mrdiscen@discover.com | Dec 05 2025 20:42:00 | Discover Financial, Attn: Bankruptcy, Po Box 3025, New Albany, OH 43054-3025 |
| 520015927 | Email/Text: collectionbankruptcies.bancorp@53.com | Dec 05 2025 20:44:00 | Fifth Third Bank, Attn: Bankruptcy, Maildrop RCS83E 1830 E Paris Ave SE, Grand Rapids, MI 49546 |
| 520057368 | + Email/Text: FifthThirdBKNotices@nationalbankruptcy.com | Dec 05 2025 20:42:00 | Fifth Third Bank, N.A., PO Box 9013, Addison, Texas 75001-9013 |
| 520015928 | + Email/Text: nsm_bk_notices@mrcooper.com | Dec 05 2025 20:43:00 | Flagstar Bank, Attn: Bankruptcy, 5151 Corporate Drive, Troy, MI 48098-2639 |
| 520071998 | + Email/Text: nsm_bk_notices@mrcooper.com | Dec 05 2025 20:43:00 | Flagstar Bank, N.A., 5151 Corporate Drive, Troy, MI 48098-2639 |
| 520015929 | + Email/Text: GSBankElectronicBankruptcyNotice@gs.com | Dec 05 2025 20:43:00 | Goldman Sachs Bank USA, Attn: Bankruptcy, Po Box 70379, Philadelphia, PA 19176-0379 |
| 520036462 | + Email/Text: JPMCBKnotices@nationalbankruptcy.com | Dec 05 2025 20:42:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 520031560 | + Email/Text: taxcollector@lumbertontwp.com | Dec 05 2025 20:44:00 | Lumberton Township, Tax Collectors office, 35 Municipal Drive, Lumberton, NJ 08048-4516 |
| 520048706 | + Email/Text: maureen@MHMUA.COM | Dec 05 2025 20:44:33 | Mount Holly Municipal Utilities Authority, 1 Park Drive PO Box 486, Mount Holly NJ 08060-0486 |
| 520031561 | + Email/Text: maureen@MHMUA.COM | Dec 05 2025 20:44:33 | Mt. Holly MUA, 1 Park Dr., Mount Holly, NJ 08060-1740 |
| 520015931 | Email/Text: Bankruptcy.Notices@pnc.com | Dec 05 2025 20:42:00 | PNC Financial Services, Attn: Bankruptcy, 300 Fifth Ave, Pittsburgh, PA 15222 |
| 520534052 | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Dec 05 2025 20:44:00 | SELECT PORTFOLIO SERVICING, INC., SELECT PORTFOLIO SERVICING, INC., P.O. BOX 65250, SALT LAKE CITY, UT 84165-0250 |
| 520534053 | + Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Dec 05 2025 20:44:00 | SELECT PORTFOLIO SERVICING, INC., SELECT PORTFOLIO SERVICING, INC., P.O. BOX 65250, SALT LAKE CITY, UT 84165-0250, SELECT PORTFOLIO SERVICING, INC., SELECT PORTFOLIO SERVICING, INC. 84165-0250 |
| 520544037 | + Email/Text: RASEBN@raslg.com | Dec 05 2025 20:42:00 | Select Portfolio Servicing, Inc., Robertson, Anschutz, Schneid, Crane, 13010 Morris Road., Suite 450, Alpharetta, GA 30004-2001 |
| 520015933 | Email/Text: bankruptcy@td.com | Dec 05 2025 20:44:00 | TD Bank, Attn: Bankruptcy, 1701 Route 70 East, Cherry Hill, NJ 08003 |
| 520015935 | + Email/Text: RPSBankruptcyBNCNotification@usbank.com | Dec 05 2025 20:44:00 | Us Bank Na Retail Le, Attn: Bankruptcy, 800 Nicollet Mall, Minneapolis, MN 55402-2511 |
| 520065102 | + Email/PDF: ebn_ais@aisinfo.com | Dec 05 2025 21:01:06 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |

TOTAL: 35

District/off: 0312-3 | User: admin | Page 3 of 3
Date Rcvd: Dec 05, 2025 | Form ID: plncf13 | Total Noticed: 40

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | Select Portfolio Servicing, Inc., Robertson, Anschutz, Schneid, Crane, 13010 Morris Road, Suite 450, Alpharetta, GA 30004-2001 |
| 520031563 | *+ | Anthony H. Migliaccio, Esq., 500 N. Franklin Tpk,, Ramsey, NJ 07446-1177 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 07, 2025          Signature:     /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 5, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Brad J. Sadek | on behalf of Debtor Christian M Ruppenthal bradsadek@gmail.com<br>bradsadek@gmail.com;sadek.bradj.r101013@notify.bestcase.com;jeanie@sadeklaw.com;service@sadeklaw.com |
| Cory Francis Woerner | on behalf of Creditor Select Portfolio Servicing  Inc. cwoerner@raslg.com |
| Cory Francis Woerner | on behalf of Creditor SELECT PORTFOLIO SERVICING  INC. cwoerner@raslg.com |
| Denise E. Carlon | on behalf of Creditor FLAGSTAR BANK  N.A.. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 6