Office Mailing Address:
Albert Russo, Trustee
Standing Chapter 13 Trustee
PO Box 4853
Trenton, NJ 08650-4853

Send Payments **ONLY** to:
Albert Russo, Trustee
PO Box 933
Memphis, TN 38101-0933

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE

## REPORT OF RECEIPTS AND DISBURSEMENTS

Activity for the period from 01/01/2025 to 02/19/2026

**Chapter 13 Case No. 23-17709 / MEH**

Christian M Ruppenthal

Petition Filed Date: 09/01/2023
341 Hearing Date: 11/02/2023
Confirmation Date: 12/06/2023

Case Status: Open / Confirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/10/2025 | $1,100.00 | | 02/10/2025 | $1,100.00 | | 03/10/2025 | $1,100.00 | |
| 04/08/2025 | $1,100.00 | | 05/08/2025 | $1,100.00 | | 06/09/2025 | $1,100.00 | |
| 07/09/2025 | $1,100.00 | | 08/08/2025 | $1,100.00 | | 09/10/2025 | $1,100.00 | |
| 10/08/2025 | $1,100.00 | | 11/10/2025 | $1,382.00 | | 12/08/2025 | $1,382.00 | |
| 01/09/2026 | $1,382.00 | | 02/09/2026 | $1,382.00 | | | | |

**Total Receipts for the Period: $16,528.00 Amount Refunded to Debtor Since Filing: $0.00 Total Receipts Since Filing: $32,428.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

**CLAIMS AND DISTRIBUTIONS**

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | Christian M Ruppenthal | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | Brad J. Sadek, Esq.<br>»» AMD DISCLOSURE | Attorney Fees | $3,190.00 | $3,190.00 | $0.00 |
| 1 | DISCOVER BANK | Unsecured Creditors | $23,427.55 | $5,019.28 | $18,408.27 |
| 2 | JPMORGAN CHASE BANK, NA | Unsecured Creditors | $15,890.76 | $3,404.54 | $12,486.22 |
| 3 | AFFIRM | Unsecured Creditors | $46.54 | $0.00 | $46.54 |
| 4 | AFFIRM | Unsecured Creditors | $196.55 | $33.29 | $163.26 |
| 5 | AFFIRM | Unsecured Creditors | $149.53 | $32.04 | $117.49 |
| 6 | AFFIRM | Unsecured Creditors | $90.10 | $15.27 | $74.83 |
| 7 | AFFIRM | Unsecured Creditors | $162.02 | $32.29 | $129.73 |
| 8 | AFFIRM | Unsecured Creditors | $152.46 | $32.66 | $119.80 |
| 9 | Mt Holly Municipal Utilities Authority<br>»» SEWER SERVICE | Secured Creditors | $918.12 | $918.12 | $0.00 |
| 10 | AMERICAN EXPRESS | Unsecured Creditors | $16,278.16 | $3,487.55 | $12,790.61 |
| 11 | FIFTH THIRD BANK<br>»» 2018 CHRYSLER PACIFICA | Debt Secured by Vehicle<br>No Disbursements: Surrendered | $0.00 | $0.00 | $0.00 |
| 12 | CITIBANK, N.A.<br>»» COSTCO VISA CARD | Unsecured Creditors | $9,797.19 | $2,099.01 | $7,698.18 |
| 13 | ALLY BANK LEAST TRUST<br>»» 2021 JEEP WRANGLER/END BALANCE | Unsecured Creditors | $1,018.05 | $218.11 | $799.94 |
| 14 | Verizon by American InfoSource as Agent | Unsecured Creditors | $83.16 | $15.33 | $67.83 |

**Chapter 13 Case No. 23-17709 / MEH**

| | | | | | |
|---|---|---|---|---|---|
| 15 | SELECT PORTFOLIO SERVICING INC<br>»» 739 HENDERSON RD/1ST MTG/ORDER 11/30/23/FLAGSTAR | Mortgage Arrears | $4,096.92 | $4,096.92 | $0.00 |
| 16 | Lumberton Township | Priority Crediors<br>No Disbursements: Removed From Plan | $0.00 | $0.00 | $0.00 |
| 17 | SELECT PORTFOLIO SERVICING INC<br>»» 739 HENDERSON ROAD/PP ARREARS ORDEF 10/8/25 | Mortgage Arrears | $8,720.26 | $4,438.90 | $4,281.36 |
| 0 | Brad J. Sadek, Esq.<br>»» ORDER 2/5/26 | Attorney Fees | $400.00 | $0.00 | $400.00 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 2/19/2026:

| | | | |
|---|---|---|---|
| Total Receipts: | $32,428.00 | Plan Balance: | $61,066.00 ** |
| Paid to Claims: | $27,033.31 | Current Monthly Payment: | $1,918.00 |
| Paid to Trustee: | $2,407.48 | Arrearages: | $1,608.00 |
| Funds on Hand: | $2,987.21 | Total Plan Base: | $93,494.00 |

**PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE USING TFS BILL PAY!**
**Visit www.TFSBillPay.com for more information.**

**View your case information online for *FREE*! Register today at www.ndc.org or scan this code to get started.**

****This is an approximate balance. Additional allowed claims and other variables may affect the amount to complete the plan.**